IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

**DENISE REN'EE CURRY,**   *   CASE NO.: 15-31236
             *
 **Debtor.**          *
             *   CHAPTER 13

## NOTICE OF FILING AMENDED PLAN

COMES NOW the Debtor, by and through the undersigned, and amends his plan as follows:

1. By correcting the adequate protection payment to PRA Receivables to $75.00..

2. Attached hereto you will find a copy of the Debtor's Amended Plan.

RESPECTFULLY SUBMITTED this 20th day of July, 2015.

               BROCK & STOUT

               /s/ Christopher L. Stanfield
               Christopher L. Stanfield {STA101}
               Attorney for Debtors
               Post Office Drawer 311167
               Enterprise, Alabama 36331-1167
               (334) 393-4357
               (334) 393-0026 FAX
               brockstout@enter.twcbc.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the following, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 20th day of July, 2015.

| | |
|---|---|
| Teresa R. Jacobs | Curtis C. Reding |
| Bankruptcy Administrator | Chapter 13 Trustee |
| ba@almb.uscourts.gov | Trustees_ofc@ch13mdal.com |

PRA Receivables Management
c/o Robert J. Fehse
Evans Petree, P.C.
1000 Ridgeway Loop Rd, Suite 200
Memphis, TN 38120

                          /s/ Christopher L. Stanfield
                          Christopher L. Stanfield {STA101}
                          Attorney for Debtor