IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                                 CASE NO. 15-31236-DHW
                                                                                                                           CHAPTER 13
**DENISE REN'EE CURRY**

**Debtor(s)**

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

COMES NOW, the Trustee, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on May 12, 2015 and confirmed on July 27, 2015.
2. Debtor's current plan payments are $110.00 bi-weekly, and the overall pay record is 56.59% .
3. No prior motions to dismiss have been filed in this case.
4. No motions for relief have been filed in this case.
5. This is the only Motion to Dismiss filed in the past 12 months.
6. The last payments received by the Trustee from the debtor were received on:

| | | | | | |
|---|---|---|---|---|---|
| $97.00 | 06/16/2015 | $97.00 | 07/01/2015 | $97.00 | 07/15/2015 |
| $97.00 | 07/29/2015 | $97.00 | 08/12/2015 | $97.00 | 08/26/2015 |
| $97.00 | 09/10/2015 | $97.00 | 09/23/2015 | $97.00 | 10/06/2015 |
| $97.00 | 10/20/2015 | $97.00 | 11/03/2015 | $97.00 | 11/17/2015 |
| $97.00 | 12/02/2015 | $97.00 | 12/15/2015 | $97.00 | 12/29/2015 |
| $97.00 | 01/12/2016 | $25.00 | 03/25/2016 | $97.00 | 05/23/2016 |
| $97.00 | 06/01/2016 | $97.00 | 06/14/2016 | $50.00 | 09/01/2016 |

7. The case is feasible.

Respectfully submitted on September 14, 2016.

Office of the Chapter 13 Trustee                                       */s/ Sabrina L. McKinney*
P.O. Box 173
Montgomery, AL 36101-0173                                     Sabrina L. McKinney
Phone: (334)262-8371                                             Acting Chapter 13 Trustee
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on September 14, 2016.

                                                                                           */s/ Sabrina L. McKinney*
                                                                                           Sabrina L. McKinney
                                                                                           Acting Chapter 13 Trustee